United States Court of Appeals
Tenth Circuit
Post Office Box 10113
Santa Fe, New Mexico 87504-6113

Paul J. Kelly, Jr.
Circuit Judge

Telephone
(505) 988-6541

August 13, 2007

Hon. Ortrie D. Smith, Chair
Judicial Conference of the
    United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

RECEIVED
2007 AUG 20 A 11: 52
FINANCIAL
DISCLOSURE OFFICE

    Re:   **Calendar Year 2006 Filing**

Dear Judge Smith:

    Thank you for your letter of August 2, 2006.

    Unfortunately, none of my trips that I referenced were to remote campuses or locations, although some might consider Roswell, New Mexico, the home of the Chaves County Bar Association as well as Judge Baldock, to be remote.

    This letter should be considered an amendment to my 2006 filing, Part IV, lines 1 and 2.

        The location of the "Jurist in Residence - Boston College Law School" was in Boston.  The location of the Chaves County Bar Association was in Roswell, New Mexico.

                Sincerely,



                Paul J. Kelly, Jr.

PJK/rmg

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Kelly, Jr., Paul J | 2. Court or Organization U.S. Court of Appeals-10th Cir | 3. Date of Report 04/16/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address Post Office Box 10113 Santa Fe, New Mexico 87504-6113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

> ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2007 APR 30 A 9: 25 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J | 04/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of New Mexico, Public Employees Retirement Assn. Volunteer Firefighter Pension | $ 1200.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Jurist in Residence - Boston College School of Law | 04/17-20/06 - Transportation, lodging and meals while jurist in residence. |
| 2. Chaves County Bar Association | 05/04/06 - Transportation, Lodging and Meals to participate in Law Day activities. |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First State Bank, Sante Fe, NM | B | Interest | K | T | | | | | |
| 2. Misc. Oil & Gas Interests (Lea & Eddy Co., NM)(Wyo, Texas) | A | Royalty | J | W | | | | | |
| 3. Rich Third Ltd. | B | Dividend | K | W | | | | | |
| 4. First National Tower Ltd. | C | Dividend | L | W | | | | | |
| 5. Centennial Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 6. T. Rowe Price Capital App. | A | Dividend | L | T | | | | | |
| 7. T. Rowe Price Equity Inc. | A | Dividend | K | T | | | | | |
| 8. T. Rowe Price Growth Stock | B | Dividend | K | T | | | | | |
| 9. T. Rowe Price Spectrum Growth | A | Dividend | L | T | | | | | |
| 10. T. Rowe Price New Income | B | Dividend | L | T | | | | | |
| 11. T. Rowe Price Spectrum Income | B | Dividend | K | T | | | | | |
| 12. MFS Series V. Int'l New Discovery Fund CIA | A | Dividend | J | T | sold | 2/15 | J | A | |
| 13. First St. Bancorporation | A | Dividend | K | T | | | | | |
| 14. Northwestern Mutual Life | D | Dividend | L | T | | | | | |
| 15. T. Rowe Price Global Stock | A | Dividend | K | T | | | | | |
| 16. T. Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |
| 17. T. Rowe Price Small Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. T. Rowe Price High Yield | A | Dividend | K | T | | | | | |
| 19. T. Rowe Price International Bond Fund | A | Dividend | J | T | | | | | |
| 20. T. Rowe Price Tax Free-High Yield | B | Dividend | J | T | | | | | |
| 21. Summit Municipal Money Market | A | Dividend | K | T | sell | many | K | A | |
| 22. T. Rowe Price Int'l Disc. | A | Dividend | K | T | | | | | |
| 23. T. Rowe Price New Era | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J | 04/16/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Jr., Paul J | 04/16/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa███████████████████████████████ Date _4-23-07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544